# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| RICHARD LAWRENCE, ) | |
| ) | |
| Plaintiff, ) | Case No. 1:24-cv-00320-GBW |
| ) | |
| v. ) | |
| ) | |
| DASEKE, INC., CHUCK SERIANNI, ) | JURY TRIAL DEMANDED |
| JONATHAN SHEPKO, BRIAN BONNER, ) | |
| ENA WILLIAMS, GRANT GARBERS, ) | |
| CATHARINE ELLINGSEN, MELENDY ) | |
| LOVETT, and BRUCE BLAISE, ) | |
| ) | |
| Defendants. ) | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff voluntarily dismisses the claims in the above-captioned action (the "Action"). Defendants have neither served an answer or a motion for summary judgment in the Action.

Dated: April 17, 2024

**LONG LAW, LLC**

By:  */s/ Brian D. Long*
Brian D. Long (#4347)
3828 Kennett Pike, Suite 208
Wilmington, DE 19807
Telephone: (302) 729-9100
Email: BDLong@longlawde.com

*Attorneys for Plaintiff*